THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| JAN BIALOUS, | ) |
| | ) |
| Plaintiff, | )   Case No. 2:10-cv-00794-WLS |
| v. | ) |
| | ) |
| BAHAMAS MARKETING | ) |
| GROUP, LTD. d/b/a JT HOLDINGS, INC., | ) |
| et al | ) |
| Defendants. | ) |

2:10-CV-794

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the parties, by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), **AND HEREBY STIPULATE AND AGREE** that the above-referenced action be dismissed with prejudice against the institution and prosecution by the Plaintiff of any other or further action or actions against defendant JT Holdings, Inc., incorrectly referred to by the Plaintiff as Bahamas Marketing Group, Ltd. d/b/a JT Holdings, Inc., involving any of the matters referred to in plaintiffs' Complaint now on file in said cause, or matters that could have been claimed in said cause.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear his/her/its own costs.

Respectfully submitted,

DOUTHIT FRETS ROUSE
    GENTILE & RHODES, LLC

By _____
Leslie A. Kulick, MO Bar # 54780
Mary C. O'Connell, MO Bar # 41268
903 East 104th Street, Ste 610
Kansas City, MO 64131
Telephone (816) 941-7600
Facsimile (816) 941-6666
Email: lkulick@dfrglaw.com
ATTORNEYS FOR DEFENDANT
JT HOLDINGS, INC.


LEMBERG & ASSOCIATES, LLC

By: _____
Jody B. Burton, Bar # 71681
1100 Summer Street
Stamford, CT 06905
Telephone (203) 653-2250
Facsimile: (203) 653-3424
Email: jburton@lemberglaw.com
ATTORNEYS FOR PLAINTIFF